[No. 12574–9–II.  Division Two.  August 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE HOWARD ROUSSEL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00122–4, Milton R. Cox, J., entered October 27, 1988. *Affirmed* by unpublished opinion per

Petrich, J., concurred in by Alexander, C.J., and Morgan, J. Pro Tem.